IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| N.P., individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) STANDARD INNOVATION (US) ) CORP., d/b/a WE-VIBE, a Delaware ) corporation, ) ) Defendant. ) | Case No. 1: 16-cv-8655 |

## DISCLOSURE PURSUANT TO L.R. 3.2 AND FED. R. CIV. P. 7.1

The undersigned counsel of record for Defendant Standard Innovation (US) Corp., d/b/a We-Vibe, a Delaware corporation, states the following in compliance with Local Rule 3.2 and Federal Rule of Civil Procedure 7.1:

1. Standard Innovation (US) Corp. is a wholly-owned subsidiary of Standard Innovation Corp.

2. Standard Innovation Corp. is not publicly-traded and no publicly-traded entity owns 10% or more of its stock.

TUCKER ELLIS LLP

By: */s/ Nathan T. Newman*
NATHAN T. NEWMAN #
Nathan.newman@tuckerellis.com
Attorneys for Defendant
Willis Tower
233 South Wacker Drive, Suite 6950
Chicago, IL 60606
312.624.6300 (phone)
312.624.6309 (fax)

## **CERTIFICATE OF SERVICE**

    I hereby certify that on 23rd day of September, 2016, the foregoing was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                                      */s/ Nathan T. Newman*