UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

N. P.

          Plaintiff,

v.                                        Case No.: 1:16–cv–08655
                                            Honorable Virginia M. Kendall

Standard Innovation (US), Corp.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 30, 2016:

      MINUTE entry before the Honorable Virginia M. Kendall. Parties' Joint Motion to stay proceedings for 60 days [17] is granted. Motion hearing set for 12/5/2016 is stricken. Status hearing set for 1/31/2017 at 9:00 AM. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.