IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| N.P., individually and on behalf of all others similarly situated, *Plaintiff*, v. STANDARD INNOVATION (US) CORP., d/b/a WE-VIBE, a Delaware corporation, *Defendant*. | Case No. 1:16-cv-8655 |

**JOINT MOTION FOR CONTINUATION OF STAY OF PROCEEDINGS**

Plaintiff N.P. ("Plaintiff") and Defendant Standard Innovation (US) Corp. ("Standard Innovation") (collectively "the Parties"), respectfully request a continuation of the current stay of proceedings for an additional 21 days, until February 17, 2017. In support of this Joint Motion, the Parties jointly state as follows:

On November 22, 2016, the Parties attended a full-day mediation before the Honorable Morton Denlow (ret.) of JAMS, Chicago. With Judge Denlow's assistance and after several arms' length discussions, the Parties executed a Memorandum of Understanding ("MOU") regarding agreed terms for settlement of Plaintiff's claims on behalf of herself and a putative settlement class.

On November 28, 2016, the Parties jointly requested a 60 day stay from the Court to complete the necessary documents and for the Plaintiff to submit a motion for preliminary approval of the Settlement. The Court granted the stay.

1

The parties have worked diligently to complete the settlement documents. In particular, they have completed a full settlement agreement, drafted and agreed to proposed notices, drafted and agreed to a claim form, and the Defendant is in the process of providing Plaintiff with confirmatory discovery. Perhaps most importantly, the Parties have worked closely with the Settlement Administrator they intend to propose to create a notice plan appropriate for this case. The Parties had expected to complete all of this before the expiration of the stay, but the intervention of the holidays and other business prevented that from happening.

The Parties expect that the Settlement Agreement will be signed during the week of January 23, 2017. Plaintiff will thereafter file her motion for preliminary approval. Plaintiff is confident that this will occur before February 17, 2017, and the Parties therefore request that the stay be continued to that date.

WHEREFORE, Plaintiff N.P., individually and on behalf of a putative class, and Defendant Standard Innovation (US) Corp. jointly request that the Court enter an order staying this case, including all deadlines, hearings, and conferences, until February 17, 2017.

Dated: January 20, 2017

Respectfully submitted:

/s/ Eve-Lynn J. Rapp
BENJAMIN H. RICHMAN
brichman@edelson.com
BENJAMIN THOMASSEN
bthomassen@edelson.com
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
312.589.6370 (phone)
312.589.6378 (fax)

EVE-LYNN J. RAPP
erapp@edelson.com
123 Townsend, Suite 100

/s/ Nathan T. Newman
NATHAN T. NEWMAN
nathan.newman@tuckerellis.com
Tucker Ellis LLP
Willis Tower
233 South Wacker Drive, Suite 6950
Chicago, IL 60606
312.624.6300 (phone)
312.624.6309 (fax)

NEIL K. GILMAN
ngilman@hunton.com
Hunton & Williams LLP
2200 Pennsylvania Avenue, NW

2

San Francisco, CA 94107  
415.234.5262 (phone)  
415.373.9435 (fax)  

*Counsel for Plaintiff N.P.*

Washington, DC 20037  
202.955.1500 (phone)  
202.862.3629 (fax)  

THOMAS R. WASKOM  
twaskom@hunton.com  
Hunton & Williams LLP  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, VA 23219  
804.788.8403 (phone)  
804.343.4868 (fax)  

*Counsel for Defendant Standard Innovation (US) Corp, d/b/a We-Vibe*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 20th day of January, 2017, the foregoing was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                      /s/ Nathan T. Newman

87830.000002 EMF_US 63049038v3