## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

N. P., et al.
                              Plaintiff,

v.                                       Case No.: 1:16–cv–08655
                                                        Honorable Virginia M. Kendall

Standard Innovation (US), Corp., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 25, 2017:

       MINUTE entry before the Honorable Michael T. Mason: For the reasons set forth in the accompanying Report and Recommendation, this Court respectfully recommends that the District Court grant in part and deny in part plaintiffs' Motion and Memorandum of Law in Support of Attorneys' Fees and Incentive Awards [36]. Enter Report and Recommendation. Mailed notice.(rbf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.