IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| N.P. and P.S., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>STANDARD INNOVATION CORP., d/b/a WE-VIBE, a Canadian corporation,<br><br>*Defendant*. | Case. No. 1:16-cv-8655<br><br>Hon. Virginia M. Kendall |

## **JUDGMENT**

The Court has entered Final Approval of the parties' settlement. Accordingly, the App Class's and Purchaser Class's claims against Standard Innovation Corp. are DISMISSED WITH PREJUDICE, and this Judgment shall issue consistent with Federal Rule of Civil Procedure 58.

SO ORDERED this 15th day of August, 2017.

Hon. Virginia M. Kendall
United States District Judge